IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT ORTEGA, JUDITH DURAN-ORTEGA,
*Individually and as Parents and Next Friend*
*to J.D-O., R.O., L.O., J.O., and Y.O.,*

        Plaintiffs,

v.                                                         CIV No. 14-0760 KG/SCY

GARY GOLD, *former Chief of Police of the Las Vegas*
*Police Department, a subsidiary of the City of Las Vegas,*
*Individually, et al.,*

        Defendants.

## ORDER REMANDING CASE TO STATE DISTRICT COURT

THIS MATTER having come before the Court on Plaintiffs' *Motion to Remand* (Doc. 6) and Defendants' *Amended Motion to Withdraw Removal Petition and Remand Case* (Doc. 13), the parties have reached a stipulated agreement to remand the case to the Fourth Judicial District Court, County of San Miguel, State of New Mexico, the Court finding good cause and being otherwise fully advised in the premises finds that the stipulated remand is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Clerk shall remand the case to the Fourth Judicial District Court, County of San Miguel, New Mexico, by stipulation of the parties.

_____
UNITED STATES DISTRICT JUDGE

.